UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) Case No: 07-45844-659
)
SHERRY A RICHARDSON ) Chapter 13
)
)
Debtor )

**LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT**

   Comes now John V. Labarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

| | |
|---|---|
| UNITED ACCEPTANCE INC<br>2400 LAKE PARK DR SE<br>STE 100<br>SMYRNA, GA  30080<br>0004 | $20.06 |

Dated: July 29, 2011          /s/ John V. Labarge, Jr., Chapter 13 Trustee
UNCLFUNDS--XC                 John V. Labarge, Jr., Chapter 13 Trustee
                              P.O. Box 430908
                              St. Louis, MO  63143
                              (314) 781-8100  Fax: (314) 781-8881
                              trust33@ch13stl.com